**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                         (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Augustus Energy Resources, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  46-3976220

4. **Debtor's address**

   **Principal place of business**

   2016  Grand Ave
   Number  Street

   Suite A

   Billings  MT  59102
   City  State  ZIP Code

   Yellowstone
   County

   **Mailing address, if different from principal place of business**

   _____  _____
   Number  Street

   P.O. Box

   _____  _____  _____
   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   36695  Highway 385
   Number  Street

   Wray  CO  80758
   City  State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    Augustus Energy Resources, LLC    Case number (if known) _____
         Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   2 1 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ■ No
   - ☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
              District _____ When _____ Case number _____
                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ■ No
    - ☐ Yes. Debtor _____ Relationship _____
             District _____ When _____
                                      MM / DD / YYYY
             Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  Augustus Energy Resources, LLC          Case number (if known) _____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                              Number    Street

   _____
   City                                State    ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
          Contact name       _____
          Phone              _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Augustus Energy Resources, LLC                           Case number (if known) _____
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ■ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/16/2018
             MM / DD / YYYY

X _____[signature]_____                           Steven D. Durett
Signature of authorized representative of debtor       Printed name

Title  President

**18. Signature of attorney**

X _____[signature]_____                           Date  3/16/2018
Signature of attorney for debtor                            MM / DD / YYYY

William A. Hazeltine
Printed name

Sullivan Hazeltine Allinson LLC
Firm name

901         N. Market Street, Suite 1300
Number      Street

Wilmington                               DE      19801
City                                     State   ZIP Code

(302) 428-8191
Contact phone                            Email address

3294                                     DE
Bar number                               State

## AUGUSTUS ENERGY RESOURCES LLC

March 13, 2018

I, Steven D. Durrett, President of Augustus Energy Resources LLC, a Delaware limited liability company (the "<u>Company</u>"), do hereby certify the following:

1. I am the duly appointed President of the Company.

2. Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions duly adopted by the Company's board of directors acting pursuant to the Company's Limited Liability Company Agreement.

3. The resolutions attached as Exhibit A are not inconsistent with the Company's Limited Liability Company Agreement.

4. The resolutions attached as Exhibit A have not been amended, modified, repealed, or rescinded since they were adopted and remain in full force and effect.

**IN WITNESS WHEROF**, the undersigned has executed this certificate as of March 13, 2018:

*[signature]*

Name: Steven D. Durrett
Title: President

4445347.1

# Exhibit A

## AUGUSTUS ENERGY RESOURCES LLC

### RESOLUTIONS OF THE BOARD OF DIRECTORS
### AND KAYNE INVESTOR

March 9, 2018

The undersigned members of the board of managers (the "Board") and KANG Fund, L.P. (the "Kayne Investor") of Augustus Energy Resources LLC, a Delaware limited liability company (the "Company"), hereby take the following actions and adopt the following resolutions pursuant to the Limited Liability Company Agreement of the Company and the laws of the State of Delaware:

### CHAPTER 11 FILING

WHEREAS, the Board has considered the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

WHEREAS, the Board has had the opportunity to consult with the management and the legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

NOW, THEREFORE, BE IT, RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and

RESOLVED FURTHER, that the President and Chief Executive Officer, and any Vice President, or any other duly appointed officer of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

### RETENTION OF PROFESSIONALS

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Davis Graham & Stubbs LLP, as general

bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Davis Graham & Stubbs LLP;

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Sullivan Hazeltine Allinson LLC, as local bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Sullivan Hazeltine Allinson LLC;

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

RESOLVED, that each of the Authorized Officers be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case.

GENERAL

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary,

advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED, that the Board and Kayne Investor have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice;

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board and Kayne Investor; and

RESOLVED, that each of the Authorized Officers (and their designees and delegates) be and hereby is authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, and Kayne Investor have executed this written consent, to be effective as of the date set forth above.

**BOARD OF MANAGERS:**

_____
J. David Iverson

_____
Oren Marouni

_____
Steven D. Durrett

Pursuant to Section 6.7 of the Limited Liability Company Agreement, the undersigned hereby approves the foregoing resolutions

**KAYNE INVESTOR**

KANG FUND, L.P.

By: KAEFTX NG, LLC, its General Partner

By: Kayne Anderson Capital Advisors, L.P., as Managing Member

By: _____
Name: Daniel M. Weingeist
Title:   Managing Partner

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: <u>Augustus Energy Resources, LLC</u>　　　　　Case No. <u>18-</u>　　(　)
　　　　Debtor(s)　　　　　　　　　　　　　　　　　　Chapter　<u>11</u>

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Augustus Energy Resources, LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interest, or states that there are no entities to report under FRBP 7007.1:

<u>KANG Fund, L.P., Augustus Energy Resources Incentive, LLC</u>

☐ None [*Check if applicable*]

March 16, 2018

William A. Hazeltine

*Counsel for Debtor Augustus Energy Resources, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AUGUSTUS ENERGY RESOURCES, LLC,[1] | ) | Case No. 18-_____ (   ) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

In accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the Debtor, Augustus Energy Resources, LLC, submits the following information:

| Interest Holder | Number of Units | Nature of Interest |
|---|---|---|
| KANG Fund, L.P.<br>c/o David Iverson<br>811 Main Street, 14th Floor<br>Houston, TX 77002 | 54,000.0000 | Series A |
| Augustus Energy Resources Private Investor, LLC<br>c/o Michael Green<br>PO Box 221818<br>Carmel, CA 93922 | 616.6027 | Series A |
| Augustus Energy Resources Management, LLC<br>2016 Grand Ave, Ste A<br>Billings, MT 59102 | 1,235.3265 | Series A |
| Augustus Energy Resources Incentive, LLC<br>2016 Grand Ave, Ste A<br>Billings, MT 59102 | 1,000 | Series B |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Augustus Energy Resources, LLC (6220). The location of the Debtor's corporate headquarters and service address is: 2016 Grand Avenue, Billings, MT 59102.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Augustus Energy Resources, LLC |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wells Fargo Bank N.A. P.O. Box 601083 Charlotte, NC 28260-1083 | Bryan McDavid Tel: 713-319-1611 bryan.m.mcdavid@wellsfargo.com | | | $28,402,479.00 | $14,000,000.00 | $14,402,479.00 |
| 2 | Foundation Energy Mgmt, LLC Dept. D-8041 PO Box 650002 Dallas, TX 75265-0002 | Jeff Dix Tel: 972-707-2531 jdix@foundationenergy.com | | | | | $92,073.00 |
| 3 | Augustus Energy Partners II 2016 Grand Avenue, Suite A Billings, MT 59102 | Tel: 406-294-5990 | | | | | $86,613.00 |
| 4 | Centry Production Inc. (Unknown) | | | | | | $66,832.00 |
| 5 | John D Anderson 590 Cricketfield Court Thousand Oaks, CA 91361 | | | | | | $33,188.75 |
| 6 | Enterprise Fleet Services Enterprise Fleet Management, LLC P.O. Box 800089 Kansas City, MO 64180-0089 | Jason Shultz Tel: 303-925-8485 jason.t.shultz@efleets.com | | | | | $29,000.00 |
| 7 | Highline Electric Assoc P O Box 57 Holyoke, CO 80734 | | | | | | $28,806.45 |
| 8 | Rosewood Resources, Inc Dept 41300 PO Box 650823 Dallas, TX 75265 | Rebekah Yates Tel: 214-849-9300 ryates@rosewd.com | | | | | $25,806.45 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: **Augustus Energy Resources, LLC**

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Y-W Electric Association, Inc<br>250 Main Avenue<br>Akron, CO 80720 | Attn: Stephanie<br>Tel: 970-345-2291<br>Fax: 970-345-2154 | | | | | $25,774.20 |
| 10 | Phillip Charles Wingfield Trst U/W/O Chester C Wingfield<br>621 N Blaine Way<br>Pueblo West, CO 81007 | | | | | | $16,783.79 |
| 11 | Colorado Board of Land Commissioners<br>1127 Sherman St Suite 300<br>Denver, CO 80203-2206 | dnr_colorado_royalty_data@state.CO.US | | | | | $13,750.00 |
| 12 | T H McElvain Oil & Gas LLLP<br>1050 17th Street Suite 2500<br>Denver, CO 80265 | Tel: 303-893-0933 | | | | | $12,085.25 |
| 13 | J&L Auto Inc<br>P.O. Box 302<br>Yuma, CO 80759 | Tel: 970-848-2373<br>Fax: 970-848-2373<br>jandlauto@centurytel.net | | | | | $8,873.79 |
| 14 | Conrad Oil & Gas, Ltd<br>P.O. Box 374<br>Wray, CO 80758 | | | | | | $7,979.65 |
| 15 | Mary Lou Sharpe<br>Sharpe Farms, A Partnership<br>P.O. Box 219<br>Hillsdale, WY 82060 | Mary Lou Sharpe<br>Tel: 970-848-2745 | | | | | $7,822.25 |
| 16 | Jennie K. Monk Life Estate<br>1203 Melrose Drive<br>Richardson, TX 75080 | Jennie K Monk<br>Tel: 970-848-3383 | | | | | $7,776.27 |
| 17 | Kitzmiller Grazing Association<br>Russ Seward<br>47892 CO Rd AA<br>Wray, CO 80758 | Russ Seward<br>Tel: 970-332-5167 | | | | | $7,690.82 |
| 18 | C J ELLIOT<br>(Unknown) | | | | | | $7,328.97 |
| 19 | Warren Resources #1 LLC<br>1899 W. Littleton Blvd.<br>Littleton, CO 80120 | Jim Walker<br>Tel: 303-794-5300<br>jim@petron.net | | | | | $7,309.96 |
| 20 | Wright Express FSC (WEX INC)<br>Fleet Services<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | 800-492-0669 | | | | | $7,225.81 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

Debtor Name: August Energy Resources, LLC

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 21 | Bob Ferguson (Unknown) | | | | | | $6,852.24 |
| 22 | Bear Creek Energy 3040 Pegasus Pointe Colorado Springs, CO 80906 | Nancy Hamersky Tel: 720-596-4206 Fax: 720-962-9161 nhamersky@comcast.net | | | | | $6,275.90 |
| 23 | Flame Royalties, Inc Mr. Dale Rich P O Box 702281 Tulsa, OK 74170-2281 | Dale Rich Tel: 918-494-4866 | | | | | $6,204.94 |
| 24 | Lippert Land & Minerals, LLC 28577 County Road Z Vernon, CO 80755 | Tel: 970-332-4240 | | | | | $5,830.42 |
| 25 | Noble Energy, Inc PO Box 910083 Dallas, TX 75391-0083 | Tel: 580-221-1568 | | | | | $5,737.40 |
| 26 | Otto E Lueking, Jr A/K/A Otto E Lueking 14755 County Rd 56 Yuma, CO 80759 | Otto E Lueking Tel: 970-774-7552 | | | | | $5,100.60 |
| 27 | Claremont Tax Associates 114 North Indian Trail Blvd., Suite F Claremont, CA 91711 | James Cook Tel: 281-395-2331 jlcook2@gte.net | | | | | $5,000.00 |
| 28 | Synergy Resources Corp 1675 Broadway, Suite 2600 Denver, CO 80202 | Mike Haney Tel: 720-616-4300 mhaney@srcenergy.com | | | | | $4,997.70 |
| 29 | Loto Energy II LLC 8235 Forsyth Blvd, Suite 400 St Louis, MO 63105 | Tel: 314-889-9662 | | | | | $4,940.83 |
| 30 | GAS Analytical Services, Inc. 29059 Network Place Chicago, IL 60673-1290 | Tel: 855-261-7811 accounts.receivable@gasana.com | | | | | $4,000.00 |
| 31 | Baker Hughes, a GE Company LLC Baker Petrolite LLC PO Box 301057 Dallas, TX 75303-1057 | Shanna Meeks Tel: 620-792-2137 Shanna.miller@bakerhughes.com | | | | | $4,000.00 |

Fill in this information to identify the case and this filing:

Debtor Name: Augustus Energy Resources, LLC

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/15/2018
MM / DD / YYYY

X _____
Signature of Individual signing on behalf of debtor

Steven D. Durett
Printed name

CEO
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors